THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL TORRES, Appellant.— Judgment of conviction unanimously affirmed on the authority of *People* v. *Turner* (10 N Y 2d 839). No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Bastow, JJ.

VINCENZO PIAQUADIA et al., Appellants, v. HARRY GIARDINO et al., Doing Business as TRIA BUTCHER'S TRUCKING Co., Respondents.—

The trial of the action and all proceedings on the part of the plaintiffs, however, is stayed *sua sponte* until the plaintiffs comply with the order to submit to the physical examination by the Impartial Medical Panel. The court is vested with discretionary powers under the Special Rules for Medical Examinations. This discretion does not appear to have been abused. Therefore, the refusal of the plaintiffs to submit to the physical examination heretofore ordered at pretrial cannot be countenanced. An action should not be dismissed for failure to submit to a physical examination ordered by the court in the absence of a proper record of the considerations which impelled such a determination. (Cf. *Ivory* v. *Widaben Realty Corp.*, 5 A D 2d 266.) Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of LEBANON SALES Co., INC., Appellant, v. SIDNEY NISSENBAUM, Respondent.— Order entered on April 18, 1961, denying petitioner's motion to stay the respondent from proceeding with the action pending in the City Court of the City of New York, New York County, unanimously reversed, on the law and on the facts and in the exercise of discretion, with $20 costs and disbursements to petitioner-appellant, and the motion granted to the extent of directing a trial in accordance with section 1450 of the Civil Practice Act of the issue of the extension of the employment agreement dated January 5, 1959, and the provision for arbitration therein, to and including July 28, 1960, the date of termination of the respondent's employment and staying prosecution of the pending City Court action until the determination of said issue. (See *Matter of Acadia Co. [Edlitz]*, 7 N Y 2d 348.) Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

WILLIAM RAHN, an Infant, by ELIZABETH M. NEUKLIS, His Guardian ad Litem, et al., Appellants, v. MADISON SQUARE GARDEN CORPORATION, Respondent.— Order, entered on November 22, 1960, setting aside jury verdict affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, Valente and Stevens, JJ.; Botein, P. J., and Eager, J., dissent and vote to reverse and reinstate the verdict.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. HARRY SHAPOLSKY. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY JOHNSON and WILLIAM THOMPSON. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR WRIGHT. (D) THE PEOPLE OF THE STATE OF NEW YORK v. EDWIN F. KASS. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN RYAN. (F) THE PEOPLE OF THE STATE OF NEW YORK v. MANUEL GARCIA PINA. (G) THE PEOPLE OF THE STATE OF NEW YORK v. FITZ MORRIS. (H) THE PEOPLE OF THE STATE OF NEW YORK v. MAGGIE SCOTT.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.